

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-19-00108-CR

**IN RE** John Michael **POPE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

On March 6, 2019, this court issued an opinion denying relator's petition for writ of mandamus. We DENY AS MOOT relator's motion requesting permission to file a petition for writ of mandamus because a motion for leave is not required for a petition filed in an intermediate appellate court. *See* TEX. R. APP. P. 52.1.

It is so **ORDERED** on March 6, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CR12867, styled *The State of Texas v. John Michael Pope, Jr.*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Lori I. Valenzuela presiding.